UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEPHANIE MARTINEZ,

    Plaintiff,

vs.                                    CASE NO: _____

STATE OF FLORIDA, DEPARTMENT
OF HEALTH, and ROBERTO NINA,
An Individual

    Defendants,

_____/

## DEFENDANTS' NOTICE OF REMOVAL

To the Honorable Judges of the United States District Court for the Middle District of Florida, Tampa Division:

The Removing Defendant, STATE OF FLORIDA, DEPARTMENT OF HEALTH, by and through undersigned counsel, hereby files this Notice of Removal pursuant to 28 U.S.C. § 1446, Fed.R.Civ.Pro. 81 and Middle District Local Rule 1.06, and hereby removes this state court action which has been pending as Case No.: 2021-CA-002418-CI in the Circuit Court of the Sixth Judicial Circuit Court in and for Pinellas County, Florida ("action") to the United States District Court for the Middle District of Florida. In support of this notice, the Removing Defendant states as follows:

    1.    <u>Complaint</u>: Plaintiff, STEPHANIE MARTINEZ, has filed a Complaint in the Circuit Court of the Sixth Judicial Circuit Court in and for Pinellas County, Florida, which was served on STATE OF FLORIDA, DEPARTMENT OF HEALTH on June 16, 2021. Plaintiff

alleges that the Defendant had subjected Plaintiff to "disparate treatment on the basis of her sex," in violation of Title VII of the Civil Rights Act of 1964, as Amended, 42 U.S.C. §2000e et seq., "had failed to intervene," and had

2. <u>Basis for Jurisdiction in this Court</u>: This U.S. District Court has jurisdiction over this matter pursuant to 28 U.S.C.A. §1331 and 28 U.S.C.A §1367.

3. <u>Notice Given</u>: Defendant, STATE OF FLORIDA, DEPARTMENT OF HEALTH, has filed a Notice of Removal with the clerk of the Sixth Judicial Circuit Court in and for Pinellas County, Florida (Exhibit "A"). <u>See</u> 28 U.S.C. §1446(d).

4. <u>Removal is Timely</u>: Defendants, STATE OF FLORIDA, DEPARTMENT OF HEALTH, were served on the respective date listed in paragraph 1 of this Notice of Removal. Accordingly, this Notice of Removal is timely filed within thirty (30) days allotted for removal by 28 U.S.C. §1446(b).

5. <u>Pleadings in Process</u>: Under 28 U.S.C. §1446(a), this Removing Defendant is required to attach to this notice "a copy of all process, pleadings and orders served upon" them. The attached Exhibit "B" contains all such process, pleadings and orders served in this cause of action.

6. <u>Consent</u>: The Defendant STATE OF FLORIDA, DEPARTMENT OF HEALTH consents to removal.

WHEREFORE, the STATE OF FLORIDA, DEPARTMENT OF HEALTH hereby removes this case from the Sixth Judicial Circuit Court in and for Pinellas County, Florida, to this United States District Court and pray that this Court effectuate this removal, pursuant to law.

        **MANDELBAUM, FITZSIMMONS, HEWITT & CAIN, P.A.**

        */s/ Samuel R. Mandelbaum, Esq.*

---

Samuel R. Mandelbaum, Esq.
Florida Bar No. #270806
Post Office Box 3373
Tampa, Florida  33601
Telephone: (813) 221-0200
Facsimile:  (813) 221-8558
*Attorneys for Defendant State of Florida, Department of Health*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has been furnished by U.S. Mail to Damian B. Mallard, Esq., Mallard Law Firm, P.A., 889 N. Washington Blvd., Sarasota, Florida 34236 on this __16___ day of July, 2021.

*/s/ Samuel R. Mandelbaum, Esq.*

_____
ATTORNEY

# EXHIBIT "A"

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA

STEPHANIE MARTINEZ,

    Plaintiff,

vs.                                  CASE NO: 2021-CA-002418-CI

STATE OF FLORIDA, DEPARTMENT
OF HEALTH, and ROBERTO NINA,
An Individual

    Defendants,

_____/

## DEFENDANT'S NOTICE OF REMOVAL

COMES NOW the Defendant, STATE OF FLORIDA, DEPARTMENT OF HEALTH, by and through undersigned counsel, and provides this Notice of Removal of the above styled action to the United States District Court for the Middle District of Florida, Tampa Division.

                                          **MANDELBAUM, FITZSIMMONS, HEWITT
&amp; CAIN, P.A.**

                                          */s/ Samuel R. Mandelbaum, Esq.*

**SAMUEL R. MANDELBAUM, ESQ. FBN 270806**
Post Office Box 3373
Tampa, Florida 33601
Telephone: (813) 221-0200
Fax: (813) 221-8558
Primary Service Email: srm@manfitzlaw.com
Secondary Service Emails: eservice@manfitzlaw.com
*Attorney for Defendant State of Florida, Department of Health*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed online using the Florida E-Filing Portal as mandated by Fla. R. of J. Admin 2.516(b)(1) with copies being furnished by email to: Brandon J. Hill, Esq., Wenzel Fenton Cabassa, P.A., 1110 N. Florida Ave, Suite 300, Tampa FL  33602, bhill@wfclaw.com and jcornell@wfclaw.com, on this     16   day of July, 2021.

*/s/ Samuel R. Mandelbaum, Esq.*

**ATTORNEY**