UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEPHANIE MARTINEZ,

    Plaintiff,

v.                                        CASE NO. 8:21-cv-1734-SDM-JSS

STATE OF FLORIDA, DEPARTMENT
OF HEALTH, et al.,

    Defendants.
_____/

## ORDER

The motion to withdraw (Doc. 27) is **GRANTED**, and Samuel R. Mandelbaum is **WITHDRAWN** as counsel. Also, the plaintiff announces (Doc. 28) a settlement. Under Local Rule 3.09(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to move to vacate the dismissal for good cause. The clerk must terminate Samuel R. Mandelbaum from the service list and must close the case.

ORDERED in Tampa, Florida, on May 20, 2022.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE